```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOVSTAR SHIPPING AND MARINE          :    07 CV 3536
SERVICES CO. LLC,
                                     :    ECF CASE
        Plaintiff,
                                     :
    - against -
                                     :
FORBES GOKAK LTD. a/k/a M/S FORBES
GOKAK LTD.,                          :

        Defendant.                   :
------------------------------------------------------------X
```

**DISCLOSURE OF INTERESTED PARTIES**
**PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:    NONE.

Dated: May 3, 2007
       New York, NY

                                        The Plaintiff,
                                        NOVSTAR SHIPPING AND MARINE
                                        SERVICES CO. LTD.

                                        By: _____
                                        Lauren C. Davies (LD 1980)
                                        Kevin J. Lennon (KL 5072)

                                        TISDALE & LENNON, LLC
                                        11 West 42nd Street, Suite 900
                                        New York, NY 10036
                                        (212) 354-0025 (Phone)
                                        (212) 869-0067 (Fax)
                                        ldavies@tisdale-lennon.com
                                        klennon@tisdale-lennon.com