TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel:  (212) 354-0025
Fax:  (212) 869-0067
Attorneys for Plaintiff

JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOVSTAR SHIPPING AND MARINE       :    07 CV _____
SERVICES CO. LLC,
                                                        :
           Plaintiff,                              :    ECF CASE
                                                        :
      - against -
                                                        :
FORBES GOKAK LTD. a/k/a M/S FORBES
GOKAK LTD.,                                 :

           Defendant.                        :
------------------------------------------------------------X

07 CV 3536

### AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut  )
                                  )    ss:  Town of Southport
County of Fairfield      )

Kevin J. Lennon, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

2. I have attempted to locate the Defendant, FORBES GOKAK LTD. a/k/a M/S FORBES GOKAK LTD. within this District. As part of my investigation to locate the Defendant within this District, I checked the telephone company information directory, as well as the white and yellow pages for New York listed on the Internet or World Wide Web, and did

not find any listing for the Defendant. Finally, I checked the New York State Department of Corporations' online database which showed no listing or registration for this Defendant.

3. I did locate a website believed to belong to the Defendant located at www.totem-forbes.com. However, a review of the website did not show any presence for the company within this District.

4. I submit that the Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

5. Upon information and belief, the Defendant has, or will have during the pendency of this action, tangible and intangible property within the District in the hands of ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank and/or Wachovia Bank N.A.

6. This is Plaintiff's first request for this relief made to any Court.

**WHEREFORE**, the Plaintiff respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendants' tangible and intangible property within this District in the hands of ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank and/or Wachovia Bank N.A..

Dated: May 3, 2007
      Southport, CT

_____
Kevin J. Lennon

Sworn and subscribed to before me
this 3rd day of May, 2007.

_____
Notary Public