UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NOVSTAR SHIPPING AND MARINE          :     07 CIV 3536 (GEL)
SERVICES CO. LLC.,
                                     :     ECF CASE
      Plaintiff,
                                     :

  -against                           :
                                           **NOTICE OF**
FORBES GOKAK LTD. a/k/a M/S FORBES    :    **CHANGE OF ADDRESS**
GOKAK LTD.,                          :

      Defendant.               :
-----------------------------------------------------------x

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Kevin J. Lennon, Esq. – Murphy, Lennon & Lennon, LLC

☐ Attorney

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: KL 5072.
    ☐ I am a Pro Hac Vice attorney
    ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

    From: _____

    To: _____

☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Address: Lennon, Murphy & Lennon, LLC, The GrayBar Building, 420 Lexington Avenue, Suite 300, New York, NY 10170
Telephone Number: (212) 490-6050
Fax Number: (212) 490-6070
E-Mail Address: kjl@lenmur.com

Dated: May 22, 2007

                                         /s/ Kevin J. Lennon
                                         KEVIN J. LENNON (KL 5072)