Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NOVSTAR SHIPPING AND MARINE
SERVICES CO. LLC,

                Plaintiff,         07 CIV 3536 (GEL)

  -against-

FORBES GOKAK LTD. a/k/a M/S FORBES    ANSWER OF GARNISHEE
GOKAK LTD.,                                STANDARD CHARTERED BANK IN
                                                RESPONSE TO MARITIME
                                                ATTACHMENT AND GARNISHMENT
                Defendant.
-----------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, dated May 3, 2007, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on the date of service upon garnishee of a copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its possession or custody owing or belonging to the defendant, except for the following seven (7) wire transfers which have been previously restrained, pending further court order, pursuant to the a prior

#1047                                                             1

Process of Maritime Attachment and Garnishment served in another case [1] and will continue to be restrained pursuant thereto as well as pursuant to the Process of Maritime Attachment and Garnishment issued herein:

Wire No. 1:

| | |
|---|---|
| Transaction Reference: | 20061128-00060499 |
| Sender Reference Number: | 0611283352013100 |
| Wire Transfer Request Received (NY): | November 28, 2006 |
| Value Date: | November 28, 2006 |
| Amount of Wire: | US$61,404.48 |
| Amount Restrained: | US$61,404.48 |
| Originator: | Corporation Financiera Del Valle<br>Head Office<br>Cali, Columbia |
| Originator's Bank: | Wachovia Bank NA<br>11 Penn Plaza, 4th Fl<br>New York, NY 10001 |
| Beneficiary: | / |
| Org to Bnf Info: | Bank Acc. Trade Services, Ben.<br>Forbes Gokak Ltd |
| Beneficiary Bank: | Standard Chartered Bank<br>23-25 Mahtmaghandhi Road<br>Mumbai, India |

Wire No. 2:

| | |
|---|---|
| Transaction Reference: | 20061128-00060551 |
| Sender Reference Number: | 0611283353013128 |
| Wire Transfer Request Received (NY): | November 28, 2006 |
| Value Date: | November 28, 2006 |
| Amount of Wire: | US$61,404.48 |
| Amount Restrained: | US$61,404.48 |
| Originator: | Corporation Financiera Del Valle<br>Head Office<br>Cali, Columbia |
| Originator's Bank: | Wachovia Bank NA<br>11 Penn Plaza, 4th Fl<br>New York, NY 10001 |
| Beneficiary: | / |
| Org to Bnf Info: | Bank Acc. Trade Services, Ben.<br>Forbes Gokak Ltd |

---

[1] See Process of Maritime Attachment and Garnishment issued in case *Mountiko Marine Co. Ltd. v., Forbes Gokak Ltd.,* Case No. 06 Civ. 13267 (LBS).

| | |
|---|---|
| Beneficiary Bank: | Standard Chartered Bank<br>23-25 Mahtmaghandhi Road<br>Mumbai, India |

Wire No. 3:

| | |
|---|---|
| Transaction Reference: | 20061129-00031366 |
| Sender Reference Number: | OTR3257057/1 |
| Wire Transfer Request Received (NY): | November 29, 2006 |
| Value Date: | November 29, 2006 |
| Amount of Wire: | US$37,096.49 |
| Amount Restrained: | US$37,096.49 |
| Originator: | Yusen Air and Sea Service, Inc.<br>377 Oak Street<br>Garden City, NY |
| Originator's Bank: | Ruesch International, Inc.<br>700 11th Street NW 4th Floor<br>Washington, DC US |
| Instructing Bank: | Ruesch International<br>700 11th Street NW<br>Washington DC 2001-4507<br>Attn Frances R. Berndt |
| Beneficiary: | Forbes Gokak Ltd.<br>Okay Chambers 2nd Fl. No. -12<br>Errabalu Chetty Street |
| Beneficiary Bank: | Standard Chartered Bank<br>23-25 Mahtmaghandhi Road<br>Mumbai, India |

Wire No. 4:

| | |
|---|---|
| Transaction Reference: | 20061129-00031284 |
| Sender Reference Number: | 1277200333JS |
| Wire Transfer Request Received (NY): | November 29, 2006 |
| Value Date: | November 29, 2006 |
| Amount of Wire: | US$22,127.50 |
| Amount Restrained: | US$22,127.50 |
| Originator: | Saleh Mohammed Alsinidi Co |
| Originator's Bank: | Alrajhi Banking and Investment Corporation<br>Al-Batha Street<br>Riyadh, SA |
| Beneficiary: | M/S Forbes Gokak Limited<br>Gokak Mills Div 2nd Flr Chandivali<br>Estate Saki Powai Rd Mumbai India |
| Beneficiary Bank: | Standard Chartered Bank<br>23-25 Mahtmaghandhi Road |

Mumbai, India
New York, NY 10081

Wire No. 5:

| | |
|---|---|
| Transaction Reference: | 20061205-00032718 |
| Sender Reference Number: | 367OT06120500191 |
| Wire Transfer Request Received (NY): | December 5, 2006 |
| Value Date: | December 5, 2006 |
| Amount of Wire: | US$2,656.40 |
| Amount Restrained: | US$2,656.40 |
| Originator: | Forbes Gokak Ltd. |
| | Mr. Niteen Joshi |
| | 2nd Floor, Chandivali Estate |
| | Saki Powai Road, Chandivali |
| Originator's Bank: | Standard Chartered Bank |
| | 23-25 Mahtmaghandhi Road |
| | Mumbai, India |
| Beneficiary: | Marisol Industria Do Vestuario Ltda |
| Beneficiary Bank: | Banco Do Brasil S.A. |
| | Rua 15 de Novembro 1305 |
| | Blumenau, BR |

Wire No. 6:

| | |
|---|---|
| Transaction Reference: | 20061208-00040348 |
| Sender Reference Number: | 342IK09241800000 |
| Wire Transfer Request Received (NY): | December 8, 2006 |
| Value Date: | December 8, 2006 |
| Amount of Wire: | US$1,100.00 |
| Amount Restrained: | US$1,100.00 |
| Originator: | American Independent Line Inc. |
| | 17 Barstow Rd Ste 405 |
| | Great Neck, NY 11021-1102 |
| Originator's Bank: | American Independent Line Inc. |
| | 17 Barstow Rd Ste 405 |
| | Great Neck, NY 11021 |
| Beneficiary: | Forbes Gokak Limited |
| | Patvolk Division |
| | Catholic Centre 108 Old 64 Armenian |
| | Chennai 600 001 |
| Beneficiary Bank: | Standard Chartered Bank |
| | 23-25 Mahtmaghandhi Road |
| | Mumbai, India |

#1047                                    4

Wire No. 7:

| | |
|---|---|
| Transaction Reference: | 20061215-00036580 |
| Sender Reference Number: | 0146400349ES |
| Wire Transfer Request Received (NY): | December 15, 2006 |
| Value Date: | December 15, 2006 |
| Amount of Wire: | US$11,217.75 |
| Amount Restrained: | US$11,217.75 |
| Originator: | Apparel Link Inc |
| | DBA Heritage Cross |
| | 1359 Broadway Suite 812 |
| | New York, NY 10018-3626 |
| Originator's Bank: | JP Morgan Chase Bank |
| | 1 New York Plaza |
| | New York, NY 10081 |
| Beneficiary: | Forbes Gokak Ltd |
| | Saki-Powai Rd, Saki Naka, |
| | Andheri East |
| | Mumbai 400072 IND |
| Beneficiary Bank: | Standard Chartered Bank |
| | 23-25 Mahtmaghandhi Road |
| | Mumbai, India |

Dated:    New York, New York
          June 7, 2007

KRAVET & VOGEL, LLP

By: _____
    Joseph A. Vogel (JV-5533)

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634
*Attorneys for Garnishee Standard Chartered Bank*

TO:    Tisdale Law Offices
       11 West 42nd Street, Suite 900
       New York, NY 10036
       212-354-0025
       *Attorneys for Plaintiff*

#1047                                    5

## VERIFICATION

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

    JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am an Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

JAYSON JARUSHEWSKY

Sworn to before me this
7th day of June 2007

Notary Public

JOHN M. CARTER
NOTARY PUBLIC, State of New York
No. 02CA6072821
Qualified in New York County
Commission Expires 04/15/2010

#1047                                  6